IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| FLEMING COMPANIES, INC. | ) | CASE NO. C-1-01-088 |
| | ) | |
| Plaintiff, | ) | JUDGE BECKWITH |
| | ) | |
| v. | ) | Magistrate Judge Hogan |
| | ) | |
| KENNETH L. BARBOUR, et al. | ) | ENTRY OF APPEARANCE OF |
| | ) | COUNSEL FOR PLAINTIFF FLEMING |
| Defendants. | ) | COMPANIES, INC. |

Robert J. McBride of Day, Ketterer, Raley, Wright & Rybolt, Ltd. being duly admitted to practice before the United States District Court for the Southern District of Ohio, hereby enters an appearance for the Plaintiff/Judgment Creditor in the above-entitled case.

Respectfully submitted,


/s/ Robert J. McBride
Robert J. McBride (#0065422)
DAY, KETTERER, RALEY, WRIGHT
    & RYBOLT, LTD.
Millennium Centre-Suite 300
200 Market Avenue North
P.O. Box 24213
Canton, Ohio 44701-4213
Telephone (330) 455-0173
Facsimile (330) 455-2633

Attorney for Plaintiff
Fleming Companies, Inc.

2

PROOF OF SERVICE

A copy of the foregoing Entry of Appearance was served this 19th day of December, 2003, by regular U.S. mail upon the following:

| | |
|---|---|
| Kenneth L. Barbour<br>245 Barbour Drive<br>Aberdeen, Ohio  45101 | Regina Barbour<br>245 Barbour Drive<br>Aberdeen, Ohio  45101 |
| Mark A. Barbour<br>1834 Stivers Avenue<br>Aberdeen, Ohio  45101 | Jennifer Barbour<br>1834 Stivers Avenue<br>Aberdeen, Ohio  45101 |
| Reva J. Boone<br>7174 U.S. Route 52<br>Ripley, Ohio  45167 | Clyde's of Ohio, Inc.<br>U.S. Route 52 and Huntington Parkway<br>Aberdeen, Ohio  45101 |
| Clyde's of Kentucky, Inc.<br>1200 Forest Avenue<br>Maysville, KY  41056 | |

/s/ Robert J. McBride
Robert J. McBride

y:\01020\clyde's\entry of appearance.doc[12/19/03:drd]