IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| FLEMING COMPANIES, INC. | ) | CASE NO. C-1-01-088 |
| | ) | |
| Plaintiff, | ) | JUDGE BECKWITH |
| | ) | |
| v. | ) | Magistrate Judge Hogan |
| | ) | |
| KENNETH L. BARBOUR, et al. | ) | MOTION FOR ORDER OF |
| | ) | APPEARANCE OF JUDGMENT |
| Defendants. | ) | DEBTOR MARK A. BARBOUR FOR |
| | ) | EXAMINATION AS TO PROPERTY |
| | ) | SUBJECT TO EXECUTION |

Fleming Companies, Inc., the Plaintiff in the above-entitled action and in whose favor a $722,643.18 judgment was rendered against Mark A. Barbour, one of the Defendants above, by its undersigned attorney, moves the Court for an order requiring judgment debtor Mark A. Barbour to appear before this Court forthwith for examination regarding the later party's property subject to execution within the State of Ohio.

The ground for this Motion is the judgment debtor Mark A. Barbour is subject to such examination herein under the circumstances set out in the attached supporting Affidavit pursuant to Rule 69(a) of the Federal Rules of Civil Procedure by virtue of R.C. 2333.09 governing practice and procedure and supplementary proceedings in aid of execution of money judgments.

This Motion is based upon the attached Affidavit and on all of the pleadings, records, and papers on file in this action.

Respectfully submitted,

/s/ Robert J. McBride
Robert J. McBride (#0065422)
DAY, KETTERER, RALEY, WRIGHT
    & RYBOLT, LTD.
Millennium Centre-Suite 300
200 Market Avenue North
P.O. Box 24213
Canton, Ohio  44701-4213
Telephone (330) 455-0173
Facsimile (330) 455-2633

Attorney for Plaintiff
Fleming Companies, Inc.

PROOF OF SERVICE

A copy of the foregoing Motion for Order of Appearance of Judgment Debtor Mark A. Barbour for Examination as to Property Subject to Execution was served this 19th day of December, 2003, by regular U.S. mail upon the following:

| | |
|---|---|
| Kenneth L. Barbour<br>245 Barbour Drive<br>Aberdeen, Ohio  45101 | Regina Barbour<br>245 Barbour Drive<br>Aberdeen, Ohio  45101 |
| Mark A. Barbour<br>1834 Stivers Avenue<br>Aberdeen, Ohio  45101 | Jennifer Barbour<br>1834 Stivers Avenue<br>Aberdeen, Ohio  45101 |
| Reva J. Boone<br>7174 U.S. Route 52<br>Ripley, Ohio  45167 | Clyde's of Ohio, Inc.<br>U.S. Route 52 and Huntington Parkway<br>Aberdeen, Ohio  45101 |
| Clyde's of Kentucky, Inc.<br>1200 Forest Avenue<br>Maysville, KY  41056 | |

/s/ Robert J. McBride
Robert J. McBride

y:\01020\clyde's\mot. for order of app-mark.doc[12/19/03:drd]