IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| FLEMING COMPANIES, INC. | ) | CASE NO.  C-1-01-088 |
| | ) | |
| Plaintiff, | ) | JUDGE BECKWITH |
| | ) | |
| v. | ) | Magistrate Judge Hogan |
| | ) | |
| KENNETH L. BARBOUR, et al. | ) | NOTICE OF WITHDRAWAL OF |
| | ) | MOTION FOR ORDER OF |
| Defendants. | ) | APPEARANCE OF JUDGMENT |
| | ) | DEBTOR JENNIFER BARBOUR FOR |
| | ) | EXAMINATION AS TO PROPERTY |
| | ) | SUBJECT TO EXECUTION |

Fleming Companies, Inc., the Plaintiff in the above-entitled action hereby withdraws its Motion for Order of Appearance of Judgment Debtor Jennifer Barbour for Examination as to Property Subject to Execution which was filed with this Court on December 19, 2003.  Since that date, Plaintiff has learned that Jennifer Barbour is no longer a resident of the State of Ohio.

Respectfully submitted,

/s/ Robert J. McBride
Robert J. McBride (#0065422)
DAY, KETTERER, RALEY, WRIGHT
   & RYBOLT, LTD.
Millennium Centre-Suite 300
200 Market Avenue North
P.O. Box 24213
Canton, Ohio  44701-4213
Telephone (330) 455-0173
Facsimile (330) 455-2633

Attorney for Plaintiff
Fleming Companies, Inc.

2

PROOF OF SERVICE

A copy of the foregoing Notice of Withdrawal was served this 30th day of December, 2003, by regular U.S. mail upon the following:

Mark A. Barbour  
17150 Ravens Roost, #10  
Ft. Myers, FL  33908

Jennifer Barbour  
17150 Ravens Roost, #10  
Ft. Myers, FL  33908

Reva J. Boone  
7174 U.S. Route 52  
Ripley, Ohio  45167

/s/ Robert J. McBride  
Robert J. McBride

y:\01020\clyde's\notice of withdrawal-jennifer.doc[12/30/03:drd]