UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| FLEMING COMPANIES, INC., | Case No. 1:01-cv-088 |
|     Plaintiff | |
| vs | |
| KENNETH L. BARBOUR, et al., | **ORDER** |
|     Defendants | (Beckwith, J.; Hogan, M.J.) |

This matter is before the Court on plaintiff's motion for order of appearance of judgment debtor Reva J. Boone for examination as to property subject to execution. (Doc. 11). For the reasons set forth in the motion and for good cause shown, the motion is **GRANTED**.

Defendant Reva J. Boone is **HEREBY ORDERED** to appear before the Honorable Timothy S. Hogan on:

**Wednesday, August 18, 2004, at 2:00 p.m.**
**Room 701 Potter Stewart U.S. Courthouse**
**Cincinnati, Ohio 45202**

and answer under oath as to the amount, nature, and location of real and personal property belonging to her, or in which she may have an interest, for the purpose of determining her assets subject to execution in satisfaction of the judgment for $722,643.18, entered in the above-entitled action on May 14, 2001, against her and in favor of plaintiff Fleming Companies, Inc.

Defendant Reva J. Boone is ordered not to transfer, encumber, convey or in any other manner dispose of such assets subject to execution.

    **IT IS SO ORDERED**.


Date: 7/19/2004

s/Timothy S. Hogan
Timothy S. Hogan
United States Magistrate Judge