IN UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| FLEMING COMPANIES, INC. | : | Case No. 1:01-cv-88 |
| | : | |
| Plaintiff, | : | (Judge Beckwith) |
| | : | |
| -vs- | : | |
| | : | |
| KENNETH L. BARBOUR, et al. | : | **NOTICE OF APPEARANCE** |
| | : | **OF COUNSEL** |
| Defendant. | : | |

Now comes the undersigned counsel, Randy J. Blankenship, of Robbins, Kelly, Patterson & Tucker, and hereby enters his appearance as counsel for Defendant, Reva Boone, in the above-captioned action.

s/ Randy J. Blankenship
Randy J. Blankenship (#0034594)
Attorney for Defendant Reva Boone
ROBBINS, KELLY, PATTERSON & TUCKER
The Federated Building, Suite 1400
7 West Seventh Street
Cincinnati, Ohio 45202
(513) 721-3330

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served electronically by the Clerk of Courts, this 20th day of August, 2004, upon the following:

Robert J. McBride, Esq.
Day, Ketterer, Raley, Wright & Rybolt, Ltd.
Millennium Centre - Suite 300
200 Market Avenue North
P.O. Box 24213
Cincinnati, Ohio  44701-4213

s/ Randy J. Blankenship
Randy J. Blankenship

P:\RKPT\Data\wp\RANDY\L(NEW) BOONE (Notice of Appearance).doc