IN UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| FLEMING COMPANIES, INC. | ) | CASE NO. 1:01-cv-088 |
| | ) | |
| Plaintiff, | ) | |
| | ) | MAGISTRATE JUDGE HOGAN |
| v. | ) | |
| | ) | **ENTRY OF APPEARANCE OF** |
| KENNETH L. BARBOUR, et al. | ) | **COUNSEL FOR PLAINTIFF** |
| | ) | **FLEMING COMPANIES, INC.** |
| Defendant | ) | |

John P. Archer of Day, Ketterer, Raley, Wright & Rybolt, Ltd., being duly admitted to practice before the United States District Court for the Southern District of Ohio, hereby enters an appearance and joins Robert J. McBride as co-counsel for the plaintiff/judgment creditor in the above-entitled action. Attorney W. Bradford Longbrake is no longer with Day, Ketterer, Raley, Wright & Rybolt, Ltd., and is hereby withdrawn as co-counsel for plaintiff/judgment creditor in the above-referenced action.

Respectfully submitted,

/s/ John P. Archer
Robert J. McBride (#0065422)
John P. Archer  (#0073721)
DAY, KETTERER, RALEY, WRIGHT
    & RYBOLT, LTD.
Millennium Centre-Suite 300
200 Market Avenue North
P.O. Box 24213
Canton, Ohio  44701-4213
Telephone (330) 455-0173
Facsimile (330) 455-2633
E-mail: rjmcbride@day-ketterer.com
        jparcher@day-ketterer.com

Attorneys for Plaintiff
Fleming Companies, Inc.

## PROOF OF SERVICE

I hereby certify that on August 25, 2004, a copy of the foregoing *Entry of Appearance* was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ John P. Archer
John P. Archer (#0073721)

z:\01020\clyde's\entry of appearance - archer.doc[8/25/04:gms]