UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| THE POST CONFIRMATION TRUST FOR FLEMING COMPANIES, INC. | ) ) | |
| Plaintiff, | ) | Case No. C-1-01-088 |
| v. | ) ) | ENTRY OF RELEASE OF |
| KENNETH L. BARBOUR, et al., | ) | JUDGMENT LIEN |
| Defendant. | ) | |

It appearing to the Court upon representation of counsel for plaintiff, the Post Confirmation Trust for Fleming Companies, Inc. ("PCT"), as successor to Fleming Companies, Inc., that with regard to the judgment rendered in this case on June 7, 2001 against defendants, Clydes of OH Inc. (aka Clyde's of Ohio, Inc.) and Clydes of KY, Inc. (aka Clyde's of Kentucky, Inc.), the PCT has approved the release of all liens against such defendants arising from or relating to that judgment in exchange for adequate consideration.

It is therefore ORDERED, ADJUDGED AND DECREED that the judgment rendered in this matter on June 7, 2001 is hereby dismissed only with respect to Clydes of OH Inc. and Clydes of KY Inc., with prejudice, and the Clerk is authorized to release the judgment lien, against only those defendants, rendered at C-1-01-088 and recorded in Volume 239 at Page 723 of the Official Records of Brown County, Ohio, and recorded in Encumbrance Book 21 at Page 76 of the records of Mason County, Kentucky.

SO ORDERED.

_____

APPROVED:

THE POST CONFIRMATION TRUST FOR
FLEMING COMPANIES, INC.

By_____
Barry Folse, Authorized Representative

1604878_1.DOC